1
2
3           UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA
4
5
   **UNITED STATES OF AMERICA,**
6                                                      Case No.  CR06-5519
             **Plaintiff,**
7                                              **INITIAL ORDER RE: ALLEGATIONS**
         v.                                    **OF VIOLATION OF CONDITIONS**
8                                              **OF PRETRIAL DIVERSION**
   **KRISTOPHER J. LEGRAND,**                  **AGREEMENT  UNITED STATES**
                                               **PRETRIAL SERVICES**
9            **Defendant.**
10
11

12  **THIS MATTER** comes on for hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of the Pretrial Diversion Agreement as set forth in the Petition filed by U.S. Pretrial Services
13

14  The plaintiff appears through Special Assistant United States Attorney, BARBARA SIEVERS; The defendant appears personally and represented by counsel, JEROME KUH;

15  The defendant has been advised of the allegation(s) and that his Pretrial Diversion Agreement could be revoked if found to be in violation; that he could be adjudicated based on the police reports; and the maximum potential sanction if convicted; and
16

17  The court finding probable cause with regard to the allegation(s); the matter is scheduled for an evidentiary hearing on the pending alleged violations at the following time and date before the Honorable
18

19                  **Date:  SEPTEMBER 11, 2007**

20                  **Time: 1:30 P.M.**

21  **( X ) Defendant is released pending the above scheduled hearing and an Appearance Bond.**

22  **(  ) Defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered
23  by the court for further proceedings.**

24  The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.
25
                                **August 8, 2007.**
26

27
                                */s/ J. Kelley Arnold*
                                **J. Kelley Arnold, U.S. Magistrate Judge**
28

ORDER
Page - 1